BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:99-cr-248 GEB |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMISSION OF FINE |
| GREAT GUNS, INC., | |
| Defendant. | |

   This matter is before the court on a petition of the United States for remission of the unpaid portion of the criminal fine and special assessment owed by the defendant, Great Guns, Inc., a corporation no longer in existence, in accordance with the provisions of 18 U.S.C. § 3573.  The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition,

   ORDERS that the unpair portion of the criminal fine and special assessment imposed against the defendant, Great Guns, Inc., is hereby remitted.

IT IS SO ORDERED.

Dated: July 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Order for Remission of Fine                                                                                           1